IN THE UNITED STATES
DISTRICT COURT
FOR THE DISTRICT OF
COLORADO

'20 - CV - **00308**

CIVIL ACTION NO: 20-CV-_____

ERIC BRANDT,

PLAINTIFF,

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 05 2020

JEFFREY P. COLWELL
CLERK

V.

LT KENNETH "QUICK DRAW" CHAVEZ
~~LT KENNETH CHAVEZ~~ AND
~~AKA "QUICK DRAW CHAVEZ"~~
DENVER POLICE DEPARTMENT LIEUTENANT
IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,

SGT ANTONIO GUZMAN SR.
DENVER POLICE DEPARTMENT SERGEANT
IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,

CPL                    KITCHENS
DENVER POLICE CORPORAL
IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,

CPL    BAIRD
DENVER POLICE CORPORAL
IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,

SYLVIA COSGRIFF INFORMATOR WITH DENVER POLICE,
PRIVATE CONSPIRATOR
IN HER INDIVIDUAL CAPACITY,

OFC    ASHLEY    COX
DENVER POLICE OFFICER
IN HER INDIVIDUAL AND OFFICIAL CAPACITIES,

OFC    PETERSON
DENVER POLICE OFFICER
IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,

THE CITY AND ~~CITY~~ COUNTY OF DENVER
A MUNICIPALITY IN THE STATE OF COLORADO
IN IT'S OFFICIAL CAPACITY,

DEFENDANTS.

2

ORIGINAL COMPLAINT
AND JURY DEMAND

A. PLAINTIFF INFORMATION

PLAINTIFF, ERIC BRANDT, IS, AND AT
ALL TIMES WAS, A CITIZEN OF THE
UNITED STATES, WHO PRESENTLY RESIDES
AT THE FOLLOWING ADDRESS:

1315 ESTES STREET
UNIT D18
LAKEWOOD, CO   80215

NOTE: ALL MAIL CORRESPONDENCE SHOULD
BE SENT TO:

P.O. BOX 133
WESTMINSTER, CO   80036

TELEPHONE: 207 370 4571
EMAIL: SURVIVEBADCOPS@GMAIL.COM

3

B. DEFENDANTS INFORMATION

DEFENDANT 1: LT KENNETH "QUICKDRAW" CHAVEZ
IS, AND AT ALL TIMES RELEVENT TO THIS
COMPLAINT WAS, A CITIZEN OF THE UNITED
STATES, AND A LAWENFORCEMENT OFFICER
FOR THE CITY AND COUNTY OF DENVER, CO WITH
OFFICES AT: 13TH & CHEROKEE DENVER CO

DEFENDANT 2: SGT ANTONIO GUZMAN SR
IS, AND AT ALL TIMES RELEVENT TO THIS
COMPLAINT WAS, A CITIZEN OF THE
UNITED STATES, AND A LAW ENFORCEMENT
OFFICER FOR THE CITY AND COUNTY
OF DENVER, CO, WITH OFFICES AT:
13TH & CHEROKEE DENVER CO

DEFENDANT 3: CPL KITCHENS

3 and 4

B. DEFENDANTS INFORMATION ( CONTINUED)

DEFENDANT 4: CPL BAIRD
IS, AND WAS AT ALL TIMES RELEVANT TO THIS COMPLAINT WAS, A CITIZEN OF THE UNITED STATES, AND A LAW ENFORCEMENT OFFICER FOR THE CITY AND COUNTY OF DENVER WITH OFFICES AT: 13TH & CHEROKEE, DENVER, CO

DEFENDANT 5: ASHLEY COX, OFC

DEFENDANT 6: OFC PETERSON

DEFENDANT 7: SYLVIA COSGRIFF
IS A CITIZEN OF THE UNITED STATES LIVING IN DENVER, CO

DEFENDANT 8: CITY AND COUNTY OF DENVER
IS A MUNICIPALITY IN COLORADO WITH OFFICES AT: 1447 BANOCK ST DENVER, CO

5

C. JURISDICTION

X    FEDERAL QUESTION PURSUANT
TO 28 USC § 1331 — CLAIMS
ARIZING UNDER THE CONSTITUTION,
LAWS, OR TREATIES OF
THE UNITED STATES

1. VENUE IS PROPER IN THE DISTRICT
OF COLORADO PURSUANT TO 28 USC § 1391(b).
ALL EVENTS ALLEGED HEREIN OCCURRED
WITHIN THE STATE OF COLORADO, AND
ALL PARTIES WERE RESIDENTS OF COLORADO
AT THE TIME OF EVENTS GIVING RISE
TO THIS COMPLAINT.

2. JURISDICTION SUPPORTING TO CLAIM FOR
ATTORNEYS FEES AND COSTS IS CONFERRED
BY 42 USC § 1988

3. JURISDICTION IS CONFERRED UPON THIS
COURT PURSUANT TO 28 USC § 1331

6

C. JURISDICTION (CONTINUED)

THIS ACTION ARIZES UNDER CONSTITUTION AND LAWS OF THE UNITED STATES AND IS BROUGHT PURSUANT TO 42 USC §1983 FOR THE FOLLOWING CLAIMS FOR RELIEF:

a) FIRST CLAIM: FIRST AMENDMENT, FREE SPEECH

b.) SECOND CLAIM: CONSPIRACY AGAINST RIGHTS — FOURTEENTH AMENDMENT, DUE PROCESS

c.) THIRD CLAIM: FIRST AMENDMENT RETALIATION FOR SPEECH,

d.) FOURTH CLAIM: FOURTH AMENDMENT UNLAWFUL SIEZURE

e.) FIFTH CLAIM: FOURTH AMENDMENT UNLAWFUL SEARCH.

f.) SIXTH CLAIM: FOURTEENTH AMENDMENT DUE PROCESS — MALICIOUS PROSECUTION

 7

D. STATEMENT OF FACTS AND CLAIMS

INTRODUCTION

ON 2018 SEP 24, PLAINTIFF, ERIC BRANDT, WAS TRAVELING DOWN THE 16TH STREET MALL IN DENVER, COLORADO.

AROUND 1151 HOURS, BRANDT NOTICED A GROUP OF FOUR DENVER POLICE OFFICERS CONGREGATED NEAR THE ALLEY ADJACENT TO THE PARAMOUNT CAFÉ.

THESE FOUR OFFICERS WERE IDENTIFIED LATER AS DEFENDANTS KITCHENS, BAIRD, COX, AND PETERSON.

P CAME TO A STOP ABOUT 20 FEET AWAY FROM THE PD'S.

P WAS DEMONSTRATING BY DISPLAYING A BANNER READING "FUK KILLA KOPS", "FUCK ELBERT CLOWNTY COPS", AND "ONLY COPS KEEP THE BAD APPLES".

8

D. STATEMENT OF CLAIMS (CONT)

THE BANNER ALSO DEPICTED GRAPHICS
ON ONE SIDE OF A MIDDLE FINGER
FULLY EXTENDED, A PIG IN POLICE
UNIFORM ON ITS BACK, AND
A SPILLED BARREL OF ROTTEN
APPLES.

AFTER STOPPING 20 FEET FROM
THE 4 OFFICERS, BRANDT AUGMENTED
HIS DEMONSTRATION WITH VOCALIZATIONS,
CHANTS, AND DISPLAY OF HIS OWN
EXTENDED MIDDLE FINGER IN
THE DIRECTION OF THE 4 OFFICERS.

THE VOCALIZATIONS INCLUDED: "HAPPY
FUCK COPS DAY EVERYONE! IT'S NOW
EVERY DAY, AND TWICE ON TUESDAYS!",
AND "FUCK THE POLICE!".
THE CHANTS INCLUDED: "NO JUSTICE?
NO PEACE! FUCK THE POLICE!"

SOME PASSERSBY WERE SUPPORTIVE—
EVEN ENTHRALLED — BY BRANDT'S
DEMONSTRATION; SOME LAUGHED, EXCLAIMED

9

D. STATEMENT OF CLAIMS (CONT)

SUPPORT, AND TOOK PICTURES.

OTHERS WERE DISPLEASED WITH
BRANDT'S DEMONSTRATION; THE MOST
OBVIOUS EXAMPLES INCLUDED REQUESTS
THAT THE 4 OFFICERS ARREST
BRANDT TO SILENCE HIM, AND HALT
HIS DEMONSTRATIONS.

IN RESPONSE TO REQUESTS TO "JUST
TAKE HIM", △ CPL KITCHENS
BROADCAST AN ITENTIONALLY DESIGNED
CONSPIRACY SCHEME WHEREIN HE
PUBLISHED HIS KNOWLEDGE THAT A
PEACE OFFICERS PEACE, "UNFORTUNATELY"
COULD NOT BE DISTURBED, BUT IF A
PRIVATE CITIZEN WERE TO SIGN
A COMPLAINT, HE WOULD " BE HAPPY
TO ARREST [BRANDT]".

KITCHENS HAD, BARELY 24 HOURS
EARLIER, ® WANTED TO ARREST
ANOTHER PERSON, BRIAN LOMA,
FOR SIMILARLY SAYING "FUCK THE POLICE!",

10

D. STATEMENT OF CLAIMS (CONT)

AND REFERRING TO OFFICERS AND
CITY OFFICIALS AS: "THESE FUCKERS",
BUT WAS RESTRAINED BY HIS
IMMEDIATE SUPERVISOR DEFENDANT SGT ANTHONY (ANTON)
GUZMAN, SR, UNTIL THE WERE
ABLE TO ELICITE A SIGNED COMPLAINT
FROM A PRIVATE CITIZEN.


DURING THE LOMA ARREST, KITCHENS
AND GUZMAN CONTEMPORANEOUSLY
ELICITED PRIVATE CITIZEN COMPLAINT
TO ARREST ANOTHER MAN, MIKEL
WHITNEY" FOR SAYING TO GUZMAN:
"I DID NOT TAKE A FUCKLY PICTURE".


DURING THE 2018 SEP 23 ARRESTS OF
LOMA AND WHITNEY, A LT KENNETH
"QUICK DRAW" CHAVEZ PULLS UP IN
HIS DEPARTMENT ASSIGNED
VEHICLE AND INQUIRES OF GUZMAN'S
ACTIONS. GUZMAN EXPLAINS TO CHAVEZ
HE HAS PRIVATE CITIZENS SIGNING
COMPLAINTS WHO WERE OFFENDED
BY LOMA'S AND WHITNEY'S LANGUAGE.
1)

D. STATEMENT OF CLAIMS (cont)

△ CHAVEZ ENDORSED GURMAN'S UNLAWFUL ACTIONS, TO ELICIT FROM AND CONSPIRE WITH PRIVATE CITIZENS TO SIGN COMPLAINTS TO "JUSTIFY" ARRESTING LOMA AND WHITNEY UNLAWFULLY FOR THE CONTENT AND/ OR VIEWPOINTS THEY EXPRESSED.

LOMA AND WHITNEY WERE APPROXIMATELY ONE BLOCK EAST OF BRANDT'S 2018 SPZY ARREST, ALONG THE 16TH STREET MALL, A PUBLIC SIDEWALK, AND A TRADITIONAL OPEN PUBLIC FORUM.

LOMA AND WHITNEY WERE ARRESTED, PROSECUTED FOR MANY MANY MONTHS, (MORE THAN A YEAR) AND ULTIMATELY PREVAILED WHEN ALL CHARGES WERE EVENTUALLY DISMISSED AGAINST THEM.

12

D. STATEMENT OF CLAIMS (CONT)

INSTANT MATTER

IN THIS ^ INCIDENT, BRANDT TOO
WAS DEMONSTRATING ON A PUBLIC
SIDEWALK, A TRADITIONALLY OPEN
PUBLIC FORUM, IN DENVER, COLORADO.

IN RESPONSE TO KITCHENS BROADCAST
OF HIS SCHEME TO ARREST BRANDT,
ONE WOMAN – Δ SYLVIA COSGRIFF –
EXPRESSED TO HIM [KITCHENS] ^ SHE OBJECTED
TO BRANDT'S DEMONSTRATION.

KITCHENS REPEATED HIS SCHEME ADDING
THAT IF SHE WOULD SIGN A COMPLAINT
HE "WOULD BE HAPPY TO ARREST [BRANDT]"

COSGRIFF AGREED AND SIGNED A COMPLAINT
IN CONSPIRACY AGAINST BRANDT'S RIGHTS.

Δ ASHLEY COX ALSO PARTICIPATED IN
THE CONSPIRACY.

Δ'S BAIRD AND PETERSON PARTICIPATED
AND ARRESTED BRANDT, HALTING HIS SPEECH
SEIZING HIS PERSON AND PHYSICALLY SEARCHING
HIS PERSON, AND ~~PROTECTED~~ INITIATED

13

D. STATEMENT OF CLAIMS (CONT)

CRIMINAL PROSECUTION OF BRANDT
MALICIOUSLY AND IN RETALIATION
FOR BRANDTS SPEECH.

11) SGT GUZMAN WAS MADE AWARE
OF THE ARREST VIA RADIO WHEN
CPL ADOLPH CHAVEZ JR (NOT △ CHAVEZ)
THAT "THE JUST GOT ERIC BRANDT" AND
"THEY GOT A CITIZEN TO SIGN A COMPLAINT
THAT THEY DIDNT WANT TO HEAR WHAT
HE WAS SAYING".

GUZMAN ENDORSED THE ACTION STATING
"AS LONG AS WE HAVE A SIGNED
COMPLAINT, WERE OK."

△ LT KENNETH CHAVEZ WAS MADE AWARE
OF THE ARREST AND ENDORSED IT. [THE
UNLAWFUL ARREST ® WITH PRIVATE CITIZEN
CONSPIRACY].

14

D. STATEMENT OF CLAIMS (CONT)

Δ'S ARRESTED P AND CHARGED
HIM WITH CRIMES — DISTURBANCE
OF THE PEACE, ~~SAID~~ TRANSPORTED
AND BOOKED P INTO JAIL, AND
SUBJECTED HIM TO CRIMINAL
PROSECUTION

ON 2018 SEP 27, ALL CHARGES AGAINST
P WERE DISMISSED.

P WAS JAILED AND FORCED TO
POST A MONETARY BOND TO BE
RELEASED.

P WAS RELEASED FROM JAIL 2018 SEP 26

P WAS JAILED FOR 3 DAYS.

15

D. STATEMENT OF CLAIMS (CONT)

ALL DEFENDANTS WERE AT ALL
TIMES RELEVANT TO THIS COMPLAINT
RESIDENTS OF COLORADO AND
CITIZENS OF THE UNITED STATES

ALL DEFENDANTS ACTED UNDER COLOR
OF STATE LAW TO CONSPIRE TO, AND
DEPRIVE P OF HIS RIGHTS PURSUANT
TO THE 1ST, 4TH, AND 14TH AMENDMENTS
TO THE UNITED STATES CONSTITUTION

DEFENDANTS EACH ACTED WITH IMPROPER
MOTIVES TO PUNISH P IN RETALIATION
FOR HIS CONTENT AND/OR VIEWPOINTS
EXPRESSED.

THE ACTS OR OMMISSIONS OF D'S
CAUSED P TO SUFFER DAMAGES INCLUDING
BUT NOT LIMITED TO PHYSICAL PAIN,
MENTAL ANGUISH, AMONG OTHERS INJURIES
DAMAGES AND LOSSES.

P'S ACTIONS WERE LAWFUL AT ALL
TIMES RELEVANT TO THIS COMPLAINT.

16

D. STATEMENT OF CLAIMS (CONT)

Δ'S ACTIONS AND/OR OMMISSIONS DIRECTLY AND PROXIMATLY CAUSED P TO SUFFER DAMAGES.

Δ'S ACTIONS AND CONDUCT VIOLATED CLEARLY ESTABLISHED RIGHTS SECURED FOR P BY THE CONSTITUTION FOR THE UNITED STATES, WHICH ANY REASONABLE OFFICER IN THEIR POSITION KNEW.

P WAS SEIZED BY KITCHENS AND BAIRD WITHOUT ANY PROBABLE CAUSE THAT P HAD VIOLATED ANY RULE, CODE, ORDINANCE OR LAW WHAT SO EVER, IN VIOLATION OF THE 4TH AMENDMENT TO THE CONSTITUTION FOR THE UNITED STATES.

P WAS SEARCHED BY KITCHENS, BAIRD AND POTGUSAN AND HIS PROPERTY SIEZED WITHOUT ANY PROBABLE CAUSE IN VIOLATION OF THE 4TH AMENDMENT TO THE CONSTITUTION FOR THE UNITED STATES.

17

D. STATEMENT OF CLAIMS (cont)

FIRST CLAIM FOR
RELIEF - FREE SPEECH VIOLATION
FIRST AMENDMENT    42 USC § 1983

AGAINST ALL DEFENDANTS

PLAINTIFF HEREBY INCORPORATES ALL
OTHER PARAGRAPHS OF THIS COMPLAINT
AS IF EACH WERE FULLY SET FORTH
HEREIN.

DEFENDANTS KITCHENS, BAIRD, COX, PETERSON
COSGRIFF, GUZMAN, CHAVEZ, AND OGUIZE
EACH ACTED, OR FAILED TO ACT, IN CONCERT
WITH ONE ANOTHER IN A CONSPIRACY
WITH IT'S INTENTIONALLY DESIGNED SCHEME
TO HALT P SPEECH BY ARRESTING P,
JAILING P, AND CHARGING P WITH
CRIMES.

P WAS SPEAKING OUT ON MATTERS OF
GREAT PUBLIC CONCERN. TO WIT:
DISSATISFACTION WITH THE CONDITIONS

18

D. STATEMENT OF CLAIMS (cont)

OF LAW ENFORCEMENT AS THEY
ARE IN DENVER AND AROUND THE U.S.

P WAS SPEAKING IN A TRADITIONALLY OPEN
PUBLIC FORUM — AN OPEN-TO-THE-PUBLIC
PUBLIC
SIDEWALK — ON THE 16TH STREET MALL
IN DENVER CAMPUS

P'S RIGHT TO SPEAK FREELY IN THIS
OPEN PUBLIC FORUM IS SECURED BY
THE FIRST AMENDMENT OF THE CONSTITUTION
FOR THE UNITED STATES.

D'S ACTIONS AND OMMISSIONS HALTED P
FROM DELIVERING HIS MESSAGE.

BY HALTING AND REMOVING P TO JAIL, D'S
THUS CURTAILED P'S RIGHT TO SPEAK FREELY
ON MATTERS OF GREAT PUBLIC CONCERN ON A
PUBLIC SIDEWALK IN DENVER, CO.

THUS D'S DEPRIVED P HIS RIGHTS SECURED
BY THE FIRST AMENDMENT TO THE UNIT
CONSTITUTION FOR THE UNITED STATES.

19

D. STATEMENT OF CLAIMS (cont)

D'S CONDUCT VIOLATED CLEARLY ESTABLISHED
RIGHTS SECURED FOR P WHICH ANY
REASONABLE PERSON, AND CERTAINLY ANY
REASONABLE LAW ENFORCEMENT OFFICER,
KNEW OR SHOULD HAVE KNOWN.

D'S ~~ACTIONS OR OMMISSIONS CONDUCT~~
ENGAGED IN THIS CONDUCT INTENTIONALLY
KNOWINGLY, WILLINGLY, INVOLUNTARY, WANTONLY,
MALICIOUSLY, AND IN RECKLESS DISREGARD
FOR P'S CONSTITUTIONAL RIGHTS.

D'S ACTIONS AND/OR OMMISSIONS CAUSED,
DIRECTLY AND PROXIMATELY, PLAINTIF
TO SUFFER DAMAGES, INJURIES, AND
LOSSES TO INCLUDE DEPRIVATIONS OF
CONSTITUTIONAL RIGHTS, PHYSICAL AND
EMOTIONAL PAIN AND DISTRESS, ECONOMIC
LOSSES AND OTHERS.

20

D. STATEMENT OF FACTS AND CLAIMS (CONT)

SECOND CLAIM: ~~FED~~ FORTEENTH AMENDMENT
— DUE PROCESS    42 USC § 1983

CONSPIRACY AGAINST RIGHTS
(AGAINST ALL DEFENDANTS)

P INCORPORATES HERE ALL STATEMENTS
OF FACT STATED THROUGHOUT THIS
COMPLAINT AS IF EACH WERE
FULLY STATED VERBATIM HEREIN.

△ SYLVIA COSGRIFF IS A PRIVATE
INDIVIDUAL.

~~COSGRIFF    COMPLETED~~

△'S COX, PETERSON, BAIRD, KITCHENS,
GUZMAN AND LT CHAVEZ ARE LAW
ENFORCEMENT OFFICERS FOR THE
CITY AND COUNTY OF DENVER.

~~△ KITCHENS    BROADCAST    HIS    INTENTIONALLY~~
~~DEVIS~~

△ KITCHENS DEVISED AND BROADCAST
HIS INTENTIONALLY DEVISED SCHEME
TO ARREST P IN RETALIATION FOR
HIS (P'S) SPEECH TO WHICH KITCHENS
OBJECTED.
2)

Ⅱ. STATEMENT OF CLAIMS (CONT)

△ KITCHENS STATED BOLDLY THAT AS OFFICERS, THEY "UNFORTUNATELY" COULD NOT ACT TO ARREST P FOR HIS OFFENSIVE SPEECH, BUT THAT IF A PRIVATE CITIZEN WERE TO ASSIST THEM AND SIGN A COMPLAINT THAT "[HE] WOULD BE HAPPY TO ARREST HIM(P)". THUS KITCHENS SIGNIFICANTLY ENCOURAGED COSGRIFF TO PARTICIPATE AS A PRIVATE ENTITY IN HIS UNLAWFUL SCHEME TO DEPRIVE PLAINTIFF OF HIS CONSTITUTIONAL RIGHTS. COSGRIFF AGREED TO SIGN A COMPLAINT PURSUANT TO KITCHENS' ENCOURAGEMENT.

KITCHENS' ENCOURAGEMENT WAS OVERT AND SIGNIFICANT

COSGRIFF KNEW HER SIGNED COMPLAINT WAS AN ESSENTIAL ELEMENT PREREQUISITE TO KITCHENS' ABILITY TO ARREST P.

22

D. STATEMENT OF CLAIMS (cont)

COSGRIFF WAS OFFENDED BY P
MESSAGE EXPRESSED BY IT'S
CONTENT AND/OR VIEWPOINT EXPRESSED.

COSGRIFF DESIRED P'S ARREST
IN RETALIATION FOR HIS MESSAGE.

COSGRIFF COMPLETED AND SIGNED
A COMPLAINT UNDER THE DIRECTION
OF KITCHENS BROADCAST SCHEME
SO THAT KITCHENS WOULD IN FACT
ARREST P.

THUS COSGRIFF ENGAGED IN AN ACT
IN FURTHERANCE OF THE CONSPIRACY.

COSGRIFF ACTED INTENTIONALLY, WANTONLY,
DELIBERATELY, KNOWINGLY, RECKLESSLY, AND KNOWINGLY,
NEGLIGENTLY WHEN SHE AGREED TO, AND
ACTED TO SIGN A COMPLAINT TO HAVE
P ARRESTED.

23

D. STATEMENT OF CLAIMS (cont)

△ COX ALSO HEARD KITCHENS OVERTLY BROADCAST SCHEME REQUIRING AND ENCOURAGING PRIVATE CITIZENS TO SIGN A COMPLAINT AS PREREQUISITE TO ARREST P IN RETALIATION FOR HIS MESSAGE EXPRESSED.

COX FACILITATED COSGRIFF'S ACTIONS TO SIGN A COMPLAINT BY PROVIDING COSGRIFF WITH COMPLAINT FORM PAPERWORK.

COX FURTHER FACILITATED COSGRIFF BY ACCEPTING HER SIGNED COMPLAINT

THUS COX AGREED TO, AND ACTED SIGNIFICANTLY IN FURTHERANCE OF THE CONSPIRACY.

COX ACTED INTENTIONALLY, WANTONLY, DELIBERATELY, KNOWINGLY, RECKLESSLY, INDIFFERENTLY, AND NEGLECTFULLY WHEN SHE AGREED TO AND ACTED TO FACILITATE THE CONSPIRACY TO VIOLATE P RIGHTS BY HAVING HIM ARRESTED IN RETALIATION FOR HIS MESSAGE EXPRESSED.

24

D. STATEMENT OF CLAIMS (CONT)

Δ. PETERSON ALSO HEARD KITCHENS OVERTLY BROADCAST SCHEME TO UNLAWFULLY ARREST π IN RETALIATION FOR HIS MESSAGE CONVEYED.

DURING π'S ARREST, PETERSON SEIZED π'S PERSONAL PROPERTY AND PLACED π'S PROPERTY INTO BAGS AND INTO THE TRANSPORT CRUISER WHICH DELIVERED π TO THE DENVER JAIL.

THUS PETERSON AGREED TO, AND ACTED IN FURTHERANCE OF THE CONSPIRACY.

PETERSON ACTED INTENTIONALLY, WANTONLY, DELIBERATELY, KNOWINGLY, RECKLESSLY, INDIFERENTLY, AND NEGLECTFULLY WHEN HE AGREED TO AND ACTED IN FURTHERANCE OF THE CONSPIRACY TO VIOLATE π'S RIGHTS BY HAVING HIM ARRESTED FOR HIS MESSAGE EXPRESSED.

25

D. STATEMENTS OF CLAIMS (CONT)

GUZMAN IS THE DIRECT
SUPERVISOR OF KITCHENS, BAIRD,
COX AND PETERSON.

GUZMAN FULLY AND OVERTLY ENDORSED
KITCHEN'S SCHEME.

GUZMAN MORE THAN AGREED TO THE
CONSPIRACY — HE TOOK ACTION
IN FURTHERANCE OF THE CONSPIRACY
WHEN HE BROADCAST OVER THE RADIO
THAT "AS LONG AS WE HAVE AT LEAST
ONE SIGNED COMPLAINT THEN WERE
ALL GOOD." AS THE OFFICERS DIRECT
SUPERVISOR.

D CHAVEZ AGREED TO THE CONSPIRACY.

D CHAVEZ IS GUZMAN'S DIRECT SUPERVISOR.

D CHAVEZ ENDORSED AND CONDONED THE
SIMILAR CONSPIRACY AGAINST LONG AND
WHITNEY THE PRIOR DAY.

26

D. STATEMENT OF CLAIMS (CONT)

① CHAVEZ KNEW ABOUT THE
CONSPIRACY, AND ASTHE SUPERVISING
LT ON DUTY DID NOTHING, ~~TO DO~~
TO CURTAIL IT.

① CHAVEZ HAD A DUTY TO INTERVENE
AS THE SUPERVISOR.

~~A CHAVEZ IN~~
① GUZMAN ALSO HAD A DUTY TO
INTERVENE ~~ALSO~~

D'S GUZMAN AND CHAVEZ FAILED
TO INTERVENE AND CURTAIL THE
CONSPIRACY TO DEPRIVE P OF HIS
NUMEROUS RIGHTS.

D'S ACTIONS AND/OR OMMISIONS CONSTITUTED
CONDUCT WHICH CAUSED, DIRECTLY AND PROXIMATELY
P TO SUFFER DAMAGES TO INCLUDE DEPRIVATION
OF CONSTITUTIONALLY PROTECTED RIGHTS,
PHYSICAL PAIN, EMOTIONAL DISTRESS, ECONOMIC
LOSSES AND OTHERS.

25

D. STATEMENT OF CLAIMS (cont)

D'S ~~ARE~~ ENGAGED IN THEIR CONDUCT TO CONSPIRE AGAINST P'S RIGHTS INTENTIONALLY, KNOWINGLY, WRONGLY, WILLFULLY, WANTON, MALICIOUSLY, ~~AND~~ WITH RECKLESS INDIFFERENCE ~~AND~~ DISREGARD OF P'S RIGHTS SECURED BY THE CONSTITUTION FOR THE UNITED STATES.

D'S ENGAGED IN THEIR CONDUCT TO CONSPIRE AGAINST P'S RIGHTS IN CLEAR VIOLATION OF THE DUE PROCESSES OF LAW PURSUANT TO THE 14TH AMENDMENT OF THE CONSTITUTION FOR THE UNITED STATES.

D'S CONDUCT CONSPIRACY TO VIOLATE P'S RIGHTS CAUSED P INJURIES.

28

D. STATEMENT OF CLAIMS (CONT)

---

THIRD CLAIM FOR RELIEF
RETALIATION FOR SPEECH
FIRST AMENDMENT     42 USC § 1983

---

AGAINST ALL DEFENDANTS

---

PLAINTIFF HEREBY INCORPORATES ALL OTHER PARAGRAPHS OF THIS COMPLAINT AS IF EACH WERE FULLY SET FORTH HEREIN.

Δ'S CONDUCT DESCRIBED THROUGHOUT THIS COMPLAINT WAS SUBSTANTIALLY MOTIVATED BY THEIR OBJECTION TO P'S MESSAGE - EITHER VIEWPOINT, OR CONTENT OR BOTH.

Δ'S CONDUCT WAS IN RETALIATION FOR P'S SPEECH.

Δ'S CONDUCT WAS INTENDED TO PUNISH P FOR HIS MESSAGE.

Δ'S CONDUCT TO HALT AND TO PUNISH P FOR HIS SPEECH WAS UNLAWFUL.

29

D. STATEMENT OF CLAIMS (CONT)

D'S EACH ACTED UNDER COLOR OF LAW WHEN THEY RETALIATED AGAINST P IN RETALIATION FOR HIS MESSAGE.

D'S CONDUCT VIOLATED P'S RIGHTS SECURED BY THE FIRST, FOURTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION FOR THE UNITED STATES.

HAD P EXPRESSED A MESSAGE SUPPORTIVE OF LAW ENFORCEMENT, D'S WOULD NOT HAVE TAKEN THE THEIR RETALIATORY ACTIONS TO UNLAWFULLY HALT P'S SPEECH, AND TO SEIZE PLAINTIFF, AND TO SEARCH P, AND TO MALICIOUSLY PROSECUTE P.

D'S CONDUCT WAS SUBSTANTIALLY MOTIVATED BY P'S EXERCISE HIS FIRST AMENDMENT RIGHTS.

30

D. STATEMENT OF CLAIMS (cont)

D's CONDUCT ARRESTING P IN
RETALIATION FOR HIS SPEECH
HAVE A POWERFULLY CHILLING
EFFECT ON FREE SPEECH.

ANY REASONABLE PERSON OF ORDINARY FORTITUDE
WOULD BE DETERRED FROM SPEAKING
FREELY ABOUT LAW ENFORCEMENT
IN DENVER COLORADO FOR FEAR
OF ARREST AND PROSECUTION.

D's ENGAGED IN THEIR CONDUCT
INTENTIONALLY, DELIBERATELY, WANTONLY,
WILLINGLY, WILLFULLY, KNOWINGLY, MALICIOUSLY,
RECKLESSLY, NEGLECTFULLY, AND WITH
DELIBERATE INDIFFERENCE TO P's
CONSTITUTIONALLY SECURED RIGHTS.

D's CONDUCT VIOLATED CLEARLY ESTABLISHED
RIGHTS SECURED FOR P BY THE FIRST,
FOURTH, AND FOURTEENTH AMENDMENTS
TO THE CONSTITUTION FOR THE
UNITED STATES.

31

D. STATEMENT OF CLAIMS (Cont)

Δ's CONDUCT CAUSED, DIRECTLY AND
PROXIMALLY, PLAINTIFF TO SUFFER
DAMAGES.

32

D. STATEMENT OF CLAIMS

FOURTH CLAIM FOR RELIEF
UNLAWFUL SIEZURE
FOURTH AMENDMENT 42 USC§1983

AGAINST DEFENDANTS KITCHENS
BAIRD, GUZMAN AND CHAVEZ
AND CITY AND COUNTY OF DENVER

PLAINTIFF HEREBY INCORPORATES ALL OTHER
PARAGRAPHS OF THIS COMPLAINT AS IF
EACH WERE FULLY SET FORTH HEREIN.

Δ'S KITCHENS AND BAIRD ACTED
ARBITRARILY AND CAPRICIOUSLY WHEN
THEY CONSPIRED TO, AND DID IN FACT
ARREST P WITHOUT ANY PROBABLE CAUSE
WHAT SO EVER THAT P HAD COMMITTED,
WAS COMMITTING, OR WAS LIKELY GOING TO
COMMIT ANY CRIME.

Δ'S KITCHENS AND BAIRD NEVERTHELESS
DID ARREST P.

THUS P WAS SEIZED BY KITCHENS AND
BAIRD.

33

D. STATEMENT OF CLAIMS (CONT)

KITCHENS' AND BAIRD'S ACTIONS
WERE OBJECTIVELY UNREASONABLE
IN LIGHT OF THE CIRCUMSTANCES
CONFRONTING THEM.

KITCHENS' AND BAIRD'S CONDUCT TO SEIZE
P WAS SUBSTANTIALLY BASED, IF NOT
ENTIRELY BASED, ON P'S EXERCISE OF
HIS FIRST AMENDMENT RIGHTS.

D'S GUZMAN AND CHAVEZ ARE THE
DIRECT SUPERVISORS OF KITCHENS AND BAIRD

GUZMAN AND CHAVEZ WERE AWARE OF
P'S UNLAWFUL ARREST.

GUZMAN AND CHAVEZ HAD A DUTY
TO INTERVENE ON THIS UNLAWFUL
SEIZURE AND STOP IT.

GUZMAN AND CHAVEZ FAILED TO
INTERVENE AND STOP THE UNREASONABLE
SEIZURE OF P BY KITCHENS AND BAIRD

34

D. STATEMENT OF CLAIMS (con.)

GUZMAN EXPRESSLY RATIFIED THE ABUSES.

GUZMAN AND D. CHAVEZ ENGAGED IN NEGLECT OR
CONSTITUTED INTENTIONAL, WANTON, KNOWING
DELIBERATE INDIFFERENCE TO P'S
CONSTITUTIONAL RIGHTS.

THUS THE CONDONED, PROMOTED,
PROMULGATED, AND ENDORSED AND
RATIFIED AS A CUSTOM, PRACTICE,
HABIT AND ROUTINE TANTAMOUNT
TO A DEFACTO POLICY.

D'S KITCHENS, BAIRD, GUZMAN AND
CHAVEZ ENGAGED IN CONDUCT TO
DEPRIVE P OF HIS RIGHT TO BE
FREE FROM UNREASONABLE SEIZURE
SEARCH FOR HIM PURSUANT TO
THE FOURTH AMENDMENT TO THE
CONSTITUTION FOR THE UNITED STATES.

P SUSTAINED INJURIES, DAMAGES, AND/OR
LOSSES TO HIS CONSTITUTIONAL LIBERTY
INTERESTS DIRECTLY AND PROXIMATELY
TO D'S UNREASONABLE SEIZURE.

35

D. STATEMENT OF CLAIMS (cont)

D's ENGAGED IN THEIR CONDUCT TO
UNLAWFULLY AND UNREASONABLY
SEIZE PP IN VIOLATION OF THE
FOURTH AMENDMENT.

D's ENGAGED IN THEIR UNLAWFUL
CONDUCT INTENTIONALLY, DELIBERATELY,
WILLFULLY, WILLINGLY, KNOWINGLY, RECKLESSLY
NEGLECTFULLY AND WITH DELIBERATE
INDIFERENCE TO PP'S CONSTITUTIONAL
RIGHTS.

D's CONDUCT VIOLATED CLEARLY ESTABLISHED
RIGHTS SECURED BY THE FOURTH
AMENDMENT TO THE CONSTITUTION FOR
THE UNITED STATES.

D's CONDUCT SEIZING PP CAUSED,
DIRECTLY AND PROXIMATELY, PLAINTIFF
TO SUFFER DAMAGES.

36

D. STATEMENT OF CLAIMS

FIFTH CLAIM FOR RELIEF
UNLAWFUL SEARCH

FOURTH AMENDMENT    42 USC §1983

AGAINST DEFENDANTS COX, BAIRD,
PETERSON, GUZMAN, AND CINEL
AND CITY AND COUNTY OF DENVER

PLAINTIFF HEREBY INCORPORATES ALL OTHER
PARAGRAPHS OF THIS COMPLAINT AS IF EACH
WERE FULLY SET FORTH HEREIN.

D'S KITCHENS, BAIRD AND PETERSON
ACTED ARBITRARILY AND CAPRICIOUSLY
WHEN THEY CONSPIRED TO, AND DID IN
FACT SEARCH P'S PERSON AND
PROPERTY WITHOUT ANY PROBABLE CASE
OR LAWFUL AUTHORITY WHAT SO EVER.

P WAS NEVERTHELESS SUBJECTED TO
SEARCH BY KITCHENS, BAIRD AND PETERSON

D'S SEARCH OF P WAS OBJECTIVELY
UNREASONABLE IN LIGHT OF THE
CIRCUMSTANCES CONFRONTING THEM.

37

D. STATEMENT OF CLAIMS (CONT)

ALL STATEMENTS AND PARAGRAPHS CONTAINED IN THE FOURTH CLAIM FOR RELIEF FULLY APPLY TO THE FIFTH CLAIM HEREIN AND ARE INCORPORATED HEREIN WITH REPLACEMENT OF "SEARCH" AND "SEARCO" ~~~~~~~ THE TERM "SEIZE" AND IT'S CONJUGATIONS AND DERIVATIVES WITH THE TERM "SEARCH" AND IT'S APPLICABLE CONJUGATIONS AND DERIVATIVES.

38

D. STATEMENT OF CLAIMS (cont)

SIXTH CLAIM FOR RELIEF

MALICIOUS PROSECUTION
14TH AMENDMENT — DUE PROCESS
42 USC § 1983

AGAINST ALL DEFENDANTS

PLAINTIFF HEREBY INCORPORATES ALL OTHER
PARAGRAPHS OF THIS COMPLAINT AS IF
EACH WERE FULLY SETFORTH HEREIN.

CONDUCT/                          AND OSSAILS
Δ'S ACTIONS THROUGHOUT THIS INCIDENT THROUGHOUT COMPLAINT
WERE SUBSTANTIALLY MOTIVATED BY THE FACT
THAT THEY OBJECTED P THE VIEWPOINTS
AND/OR CONTENT EXPRESSED.

BUT FOR PP'S MESSAGE CRITICAL OF
LAW ENFORCEMENT Δ'S WOULD NOT
HAVE ENGAGED IN THEIR UNLAWFUL
CONDUCT.

Δ'S CONDUCT WAS MALICIOUS!

39

D. STATEMENT OF CLAIMS (cont)

Δ'S CONDUCT VIOLATED Ⓟ'S RIGHTS TO
THE DUE PROCESSES OF LAW
SECURED FOR HIM BY THE
FOURTEENTH AMENDMENT TO THE
CONSTITUTION FOR THE UNITED
STATES.

LACKING ANY LAWFUL AUTHORITY,
Δ'S CONDUCT CONSTITUTED
THE DEPRIVATIONS OF RIGHTS
DESCRIBED IN THIS COMPLAINT,
BUT DEVOID OF THE DUE PROCESSES
OF LAW TO WHICH Ⓟ WAS
ENTITLED.

Δ'S ACTION OR FAILED TO ACT INTENTIONALLY, DELIBERATELY,
WANTONLY, WILLFULLY, KNOWINGLY, RECKLESSLY,
NEGLIGENTLY, WITH DELIBERATE INDIFFERENCE,
AND MALICIOUSLY.

Δ'S CONDUCT VIOLATED CLEARLY
ESTABLISHED RIGHTS SECURED
PURSUANT TO THE 14TH AMENDMENT.

40

D. STATEMENT OF CLAIMS (cont)

PLAINTIFF SUFFERED INJURIES
AND DEPRIVATIONS AS THE DIRECT
AND PROXIMAL RESULT OF D'S
MALICIOUS CONDUCT TO CONSPIRE TO
AND IN FACT EXECUTE THEIR
AGREED UPON SCHEME INTENTIONALLY
DESIGNED TO HALT PLAINTIFF'S
SPEECH, SEIZE AND SEARCH PP,
ARREST PP, JAIL PP, CHARGE
PP WITH CRIMES, AND PROSECUTE
PP WHEN THEY KNEW PP HAD
COMMITTED NO CRIME IN
RETALIATION FOR PP'S SPEECH
TO WHICH THEY TOOK OFFENSE.

4)

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

WHEREFORE, Plaintiff respectfully requests this Court enter judgment in his favor and against

Defendant, and grant:

      (a)    Appropriate declaratory and other injunctive and/or equitable relief;

      (b)    Compensatory and consequential damages, including damages for emotional distress, loss of reputation, humiliation, losses of enjoyment of life, and other pain and suffering on all claims allowed by law in an amount to be determined at trial;

      (c)    All economic losses on claims allowed by law;

      (d)    Punitive damages on all claims allowed by law and in an amount to be determined at trial;

      (e)    Attorney's fees and the costs associated with this action, including but not limited to those associated with having to defend against the false criminal charges as well as consultation costs, paralegal costs, investigatory costs, deposition costs, witness fees, expert witness fees, on all claims allowed by law;

      (f)    Pre- and post- judgment interest at the lawful rate; and

      (g)    Any further relief this Court deems just and proper, and any other relief allowed.

### REQUEST FOR TRIAL BY JURY

Plaintiff demands a jury trial on all issues so triable.

42

F.    **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

2020 FEB 04
_____
(Date)

(Form Revised December 2017)

43